# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

REED BLACK, Individually and On Behalf
Of All Others Similarly Situated

    Plaintiff(s)

vs.

MARTEK BIOSCIENCES CORPORATION
HENRY LINSERT, JR., and
PETER L. BUZY

    Defendant(s)

**SUMMONS**

CIVIL ACTION NO. _____

MJG 05 CV 1224

**TO THE ABOVE NAMED DEFENDANT:** Martek Biosciences Corporation
Serve on: Resident Agent
CSC Lawyers Incorporating Service Co.
11 East Chase Street
Baltimore, MD 21202

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is: Lawrence J. Quinn, Esq., Tydings & Rosenberg LLP, 100 East Pratt Street, 26th Floor, Baltimore, MD 21202, an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

FELICIA CANNON, CLERK

By: _____
    Deputy Clerk

DATE: 5/5/05

#261302
U.S. District Court (9/99) - Summons
#466642v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

REED BLACK, Individually and On Behalf
Of All Others Similarly Situated

      Plaintiff(s)

vs.

MARTEK BIOSCIENCES CORPORATION
HENRY LINSERT, JR., and
PETER L. BUZY

      Defendant(s)

**S U M M O N S**

CIVIL ACTION NO. _____

MJG 05 CV 1224

**TO THE ABOVE NAMED DEFENDANT:**  HENRY LINSERT, JR.
6480 Dobbin Road
Columbia, MD  21045

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is: Lawrence J. Quinn, Esq., Tydings & Rosenberg LLP, 100 East Pratt Street, 26th Floor, Baltimore, MD 21202, an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

FELICIA CANNON, CLERK

By: _____
    Deputy Clerk

DATE: _5/5/05_

#261302
U.S. District Court (9/99) - Summons
#466642v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

REED BLACK, Individually and On Behalf
Of All Others Similarly Situated

      Plaintiff(s)

vs.

MARTEK BIOSCIENCES CORPORATION
HENRY LINSERT, JR., and
PETER L. BUZY

      Defendant(s)

**SUMMONS**

CIVIL ACTION NO. _____

MJG 05 CV 1224

**TO THE ABOVE NAMED DEFENDANT:** PETER L. BUZY
6480 Dobbin Road
Columbia, MD  21045

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is: Lawrence J. Quinn, Esq., Tydings & Rosenberg LLP, 100 East Pratt Street, 26th Floor, Baltimore, MD  21202, an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

FELICIA CANNON, CLERK

By: _____
     Deputy Clerk

DATE: _5/5/05_

#261302
U.S. District Court (9/99) - Summons
#466642v.1