IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REED BLACK, Individually and On
Behalf Of All Others Similarly
Situated                                          *

   Plaintiff(s)                               *

vs.                                 CASE NO. MJG05 CV1224

MARTEK BIOSCIENCES CORP. and
HENRY LINSERT, JR. and                   *
PETER L. BUZY

   Defendants

*        *        *        *        *        *        *        *        *


A   F   F   I   D   A   V   I   T

The undersigned hereby certifies as follows:

1.   That I am a competent private person over the age of 18 years
    and am not a party to the above action.

2.   That I served upon ___Henry Linsert, Jr._____

_____

(Description:   Sex__M__   Race__W__   Ht.__5'7"____   Wt.__160___

Hair___Grey_____   Approx. Age__63__ ) on the __6th___ day

of __May, 2005_____   at __6480 Dobbin Road_____

_Columbia, Maryland  21045 at 11:45 A.M._

By delivering and leaving with the person served a copy of the
following:


SUMMONS & CLASS ACTION COMPLAINT AND
JURY DEMAND


I do solemnly declare and affirm under the penalties of perjury
that the matters and facts set forth herein are true to the best
of my knowledge, information and belief.

STEVEN M. SILVER                          PPS
P.O. BOX 5795
BALTIMORE, MARYLAND  21282
(410) 486-4617

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

REED BLACK, Individually and On Behalf
Of All Others Similarly Situated

Plaintiff(s)

vs.

**SUMMONS**

CIVIL ACTION NO. _____

MARTEK BIOSCIENCES CORPORATION
HENRY LINSERT, JR., and
PETER L. BUZY

MJG 05 CV 1224

Defendant(s)

**TO THE ABOVE NAMED DEFENDANT: HENRY LINSERT, JR.**
6480 Dobbin Road
Columbia, MD  21045

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose

address is:  Lawrence J. Quinn, Esq., Tydings & Rosenberg LLP, 100 East Pratt Street,

26th Floor, Baltimore, MD  21202, an answer to the complaint which is herewith served

upon you, within _20_ days after service of this summons upon you, exclusive of the date

of service.  If you fail to do so, judgment by default will be taken against you for the

relief demanded in the complaint.

Sincerely,

FELICIA CANNON, CLERK

By: _____
Deputy Clerk

DATE: _____

#261302
U.S. District Court (9/99) - Summons
#466642v.1