UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| IN RE MARTEK BIOSCIENCES CORP., )<br>SECURITIES LITIGATION ) <br> ) | Civil Action No. MJG 05-1224 |

## LEAD PLAINTIFFS' MOTION FOR DISTRIBUTION OF
## CLASS SETTLEMENT FUND

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiffs Jerry Reed, John Younginer, Thomas Cavanaugh and Kitisak Sowattanangkul, through their counsel, respectfully bring this motion to distribute the Settlement Fund in the above-captioned action (the "Action"), less any fees and expenses awarded by the Court and less any taxes on the income earned on the fund (the "Net Settlement Fund"), and aver as follows:

1. By its Final Judgment and Order of Dismissal dated April 4, 2008, the Court approved the proposed Settlement of the Action, as embodied in the Settlement Agreement dated as of December 14, 2007 (the "Settlement Agreement"), and the plan for allocating the Net Settlement Fund as fair, reasonable and adequate and in the best interests of the Class.

2. In accordance with the Notice of Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses (the "Notice") sent to potential members of the Class, all Class Members wishing to participate in the Net Settlement Fund were required to complete, and sign under penalty of perjury, a Court-approved Proof of Claim and Release form ("Proof of Claim") and to mail the Proof of Claim to the post office box identified in the Notice, which was maintained by A.B. Data, Ltd. ("A.B. Data"), the Claims Administrator for the Settlement.

3. A.B. Data administered the Settlement, processed the Proofs of Claim and performed all analyses and accounting procedures in connection with the claims filed, and believes itself to be ready to effectuate distribution of the Net Settlement Fund.

**WHEREFORE**, upon the annexed Affidavit of Michelle M. La Count of A.B. Data, the Joint Declaration of Janine L. Pollack of Milberg LLP and Christopher L. Nelson of Barroway Topaz Kessler Meltzer & Check, LLP on behalf of Plaintiffs' Co-Lead Counsel, and upon all prior proceedings herein, the undersigned hereby move this Court for an order: (i) approving the administrative determinations of A.B. Data accepting and rejecting the claims submitted herein; (ii) directing payment of $32,572.13 out of the Settlement Fund to A.B. Data for the balance of its fees and expenses incurred and to be incurred in connection with services performed and to be performed with respect to the administration of the Settlement; (iii) directing distribution of the Net Settlement Fund, after deduction of the payments requested herein, to Class Members whose Proofs of Claim have been accepted; (iv) approving the plan for re-distribution and/or donation of any funds remaining in the Net Settlement Fund following the distribution to Class Members; (v) authorizing destruction of paper copies of Proofs of Claim and all supporting documentation one year after distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of claim records three years after distribution of the Net Settlement Fund; and (vi) for such other and further relief as this Court deems appropriate.

**WHEREFORE**, Lead Plaintiffs respectfully request that the Court enter an order in the form of the proposed Order Authorizing Distribution of Class Settlement Fund submitted herewith.

DATED: May 1, 2009

Respectfully submitted,

**TYDINGS & ROSENBERG LLP**

By: _John B. Isbister_ /DSK
John B. Isbister, Fed. Bar #00639
Lawrence J. Quinn
100 East Pratt Street
Baltimore, MD 21202
Telephone: (410) 752-9700
*Liaison Counsel for Lead Plaintiffs and the Class*

2

**MILBERG LLP**
Janine L. Pollack
Todd S. Kussin
One Pennsylvania Plaza
49th Floor
New York, New York 10119
Telephone: (212) 594-5300

**BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP**
Katharine M. Ryan
Christopher L. Nelson
Benjamin J. Hinerfeld
John J. Gross
Jennifer L. Enck
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706

*Co-Lead Counsel for Lead Plaintiffs
and the Class*